UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. E., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>　　　　　Defendants. | Case No. 21-cv-07585-SI<br><br>**ORDER DIRECTING PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS' NOVEMBER 8 FILING NO LATER THAN NOON ON NOVEMBER 10**<br><br>Re: Dkt. No. 40 |

On November 8, 2021, defendants filed a request for clarification regarding the temporary restraining order. Defendants raise various objections to, and questions about, the language in the TRO that plaintiffs proposed and that the Court adopted. The Court directs plaintiffs to file a response to defendants' filing no later than noon on November 10. Plaintiffs shall respond to the points raised by defendants and also shall explain why, in their view, defendants' proposed language is inadequate.

Alternatively, if the parties are able to agree on mutually acceptable language, the parties shall notify the Court and the Court will amend the TRO to include the agreed-upon language.

**IT IS SO ORDERED**.

Dated: November 8, 2021

　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge