UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. E., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>　　　　　Defendants. | Case No.  21-cv-07585-SI<br><br>**ORDER REFERRING ACTION TO MAGISTRATE JUDGE SALLIE KIM FOR SETTLEMENT CONFERENCE** |

　　　　This action is referred to Magistrate Judge Sallie Kim, for a settlement conference to take place on Thursday, December 7, 2021 in the afternoon.

**IT IS SO ORDERED**.

Dated: December 7, 2021

　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge