UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. E., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>　　　　　Defendants. | Case No. 21-cv-07585-SI<br><br>**ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND FAMILY DECLARATIONS FILED AT DKT. NOS. 17 & 62**<br><br>Re: Dkt. Nos. 17, 62 |

Plaintiffs filed an administrative motion to seal the entirety of nine supplemental family declarations. Dkt. No. 62. The Court finds that while it is appropriate to redact the names of the children and their parents (as in Dkt. No. 22), it is not appropriate that the entire declarations be sealed from public view. The Court GRANTS the administrative motion as follows: plaintiffs may file the family declarations with redactions similar to Dkt. No. 22.

Further, it has come to the attention of the Court that the family declarations at Dkt. No. 17 were filed under seal but not accompanied by an administrative motion to seal.[1] The Court directs plaintiffs to refile those declarations in the public record with redactions similar to Dkt. No. 22.

**IT IS SO ORDERED**.

Dated: January 11, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The declaration filed at Dkt. No. 22 was also not accompanied by an administrative motion to seal. The Court instructs the parties to follow Civil Local Rule 79-5 regarding all future proposed under seal filings.