UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E. E., *et al.*,

          Plaintiffs,

   v.

STATE OF CALIFORNIA, *et al.*,

          Defendants.

Case No.  21-cv-07585-SI

**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION AND SETTING SUPPLEMENTAL BRIEFING SCHEDULE**

Re: Dkt. No. 79

      Plaintiffs have filed an administrative motion requesting leave to submit a revised proposed preliminary injunction order.  Defendants oppose the motion on procedural and substantive grounds, and request the opportunity to submit supplemental briefing in the event the Court is inclined to consider the revised proposed order.

      In the interest of ruling on the preliminary injunction motion on a complete record, the Court GRANTS the administrative motion.  The Court sets the following schedule for supplemental briefing:  defendants shall file a brief addressing the revised proposed order no later than January 21, and plaintiffs may file a reply no later than January 28.  The parties may adjust that schedule by joint stipulation.  After receipt of the parties' briefs, the Court will schedule a hearing if it deems it necessary.

      **IT IS SO ORDERED**.

Dated: January 12, 2022

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California