Melinda Bird, SBN No. 102236
melinda.bird@disabilityrightsca.org
Robert Borrelle, SBN No. 295640
Robert.borrelle@disabiiltyrightsca.org
Lauren Lystrup, SBN No. 326849
Lauren.Lystrup@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
350 S. Bixel Street, Suite 290
Los Angeles, CA 90017
Tel.: (213) 213-8000
Fax: (213) 213-8001

David W. German, SBN No. 252394
VANAMAN GERMAN LLP
14001 Ventura Boulevard
Sherman Oaks, CA 91423
Tel.: (818) 990-7722
Fax: (818) 501-1306
dgerman@vanamangerman.com

*Attorneys for Plaintiffs*
Additional Attorneys Listed on Next Page

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.E., et al,<br><br>    Plaintiffs,<br><br>  vs.<br><br>STATE OF CALIFORNIA, et al,<br><br>    Defendants. | CASE NO.: 3:21-cv-07585-SI<br><br>**CLASS ACTION**<br><br>[PROPOSED] **ORDER APPOINTING GUARDIANS AD LITEM FOR PLAINTIFFS K.H., H.H. and M.G.**<br><br>Judge: Hon. Susan Illston<br>Courtroom: 1, 17th Floor<br><br>*Date Action Filed: September 28, 2021* |

1  ADDITIONAL COUNSEL CONT'D

2  Claudia Center, SBN No. 158255
   DISABILITY RIGHTS EDUCATION
3  AND DEFENSE FUND
   3075 Adeline St, Ste 210
4  Berkeley, CA 94703
5  Tel: (510) 644-2555
   Fax: (510) 841-8645
6  ccenter@dredf.org

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*E.E. v. CA,* Case No.: 3:21-cv-07585-SI
[Proposed] Order Appointing GALs

Having considered Plaintiffs' Ex Parte Application for Appointment of Guardians Ad Litem and memorandum of points and authorities and declarations filed in support of the application, and for good cause appearing, it is hereby ordered that:

- C.H is appointed as guardian ad litem for Plaintiff K,H.;
- S.G. is appointed as guardian ad litem for Plaintiff M.G.; and
- M.H. is appointed as guardian ad litem for Plaintiff H.H.

IT IS SO ORDERED.

Dated: January 12, 2022

Honorable Susan Illston
United State District Court Judge