UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. E., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>　　　　Defendants. | Case No. 21-cv-07585-SI<br><br>**ORDER VACATING MARCH 25 HEARING AND STAYING BRIEFING ON DEFENDANTS' MOTION TO DISMISS PENDING RESOLUTION OF ANTICIPATED NINTH CIRCUIT APPEAL**<br><br>Re: Dkt. Nos. 95, 112, 113 |

Defendants have filed a motion to dismiss the first amended complaint, and that motion is currently scheduled for a hearing on March 25, 2022. The parties have filed stipulations to continue that hearing to April 8. Defendants have also stated that they intend to appeal this Court's preliminary injunction order, and a motion for stay pending appeal is scheduled for March 11.

The issues raised by defendants' motion to dismiss are encompassed by the preliminary injunction order, and thus it is the Court's view that it is in the interest of judicial economy to stay the briefing on the motion to dismiss until the anticipated appeal is resolved. As such, the March 25 hearing is VACATED. Once the anticipated appeal is resolved, the Court will set a new schedule on the motion if necessary.

**IT IS SO ORDERED**.

Dated: March 9, 2022

　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge