ROB BONTA
Attorney General of California
JENNIFER G. PERKELL
Supervising Deputy Attorney General
JENNIFER A. BUNSHOFT
ELIZABETH N. LAKE
KEVIN L. QUADE
ANTHONY C. PINGGERA
Deputy Attorneys General
State Bar No. 320206
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6276
 Fax:  (916) 731-2125
 E-mail:  Anthony.Pinggera@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E.E by and through her guardian ad litem A.J. and L.N. by and through his guardian ad litem K.N., on behalf of themselves and a class of those similarly situated; and DISABLITY RIGHTS EDUCATION & DEFENSE FUND,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; CALIFORNIA STATE BOARD OF EDUCATION; and CALIFORNIA DEPARTMENT OF EDUCATION,**<br><br>Defendants. | 3:21-cv-07585-SI<br><br>**[PROPOSED] ORDER**<br><br>Judge:        The Honorable Susan Illston<br>Trial Date:  TBD<br>Action Filed:  September 28, 2021 |

The Court has considered the parties' Joint Motion for Vacatur and Request for Depublication in the above captioned matter. With good cause being shown, the Court GRANTS the parties' Joint Motion and ORDERS as follows:

1.  The Court's decision granting Plaintiffs' request for a temporary restraining order, published as *E.E. v. State of California*, 570 F.Supp.3d 759 (N.D. Cal. 2021), is vacated and shall be depublished;

2.  The Court's decision granting Plaintiffs' request for a preliminary injunction, published as *E.E. v. California*, 2022 WL 597035 (N.D. Cal. Feb. 28, 2022), is vacated and shall be depublished.

IT IS SO ORDERED.

Dated: _____            _____
                                   Hon. Susan Illston
                                   Judge of the U.S. District Court

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **E.E.; A.J.; L.N.; through guardian ad litem K.N., et al. v State of California; SBE; and CDE** | No. | **3:21-cv-7585** |

I hereby certify that on <u>July 18, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PROPOSED ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 18, 2022</u>, at Los Angeles, California.

| Gail Agcaoili | *[signature]* |
|---|---|
| Declarant | Signature |

SF2021304708
65275873.docx