UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. E., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>　　　　　Defendants. | Case No. 21-cv-07585-SI<br><br>**ORDER GRANTING JOINT MOTION FOR VACATUR AND REQUEST FOR DEPUBLICATION AND DENYING REMAINING PENDING MOTIONS AS MOOT**<br><br>Re: Dkt. Nos. 95, 103, 131 |

On August 11, 2022, the Court held a hearing on the parties' joint (and unopposed) motion for vacatur and request for depublication. The Court has considered the parties' arguments as set forth in the briefing and on the record. As discussed at the hearing, the Court rarely grants motions for vacatur and/or depublication, but finds that this is the exceptional case where such relief is warranted because of the parties' settlement, including the statutory amendments, and the fact that the motion was jointly made. Accordingly, with good cause being shown, the Court GRANTS the parties' Joint Motion and ORDERS as follows:

　　1.　　The Court's decision granting Plaintiffs' request for a temporary restraining order, published as *E.E. v. State of California*, 570 F.Supp.3d 759 (N.D. Cal. 2021), is vacated and shall be depublished;

　　2.　　The Court's decision granting Plaintiffs' request for a preliminary injunction, published as *E.E. v. California*, 2022 WL 597035 (N.D. Cal. Feb. 28, 2022), is vacated and shall be depublished.

**IT IS SO ORDERED**.

Dated: August 11, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge