# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** August 11, 2022 | **Time:** 10:59 - 11:09 = 10 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 21-cv-07585-SI | **Case Name:** E.E. v. State of California | |

**Attorney for Plaintiff:** Melinda Bird, Robert Borrelle
**Attorney for Defendant:** Anthony Pinggera

**Deputy Clerk:** Bhavna Sharma     **Court Reporter:** Zoom Recording

## PROCEEDINGS

Motion to Vacate and Request for Depublication (Dkt 131) – held via Zoom Webinar.

## SUMMARY

Oral arguments made and heard. Court to grant joint motion.